**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LOMAS, SAMUEL C | § | Case No.  12-84455 |
| LOMAS, KATHLEEN M | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN                          , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 11/18/2013 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :   10/01/2013              By:   /s/JOSEPH D. OLSEN           
                                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LOMAS, SAMUEL C § Case No. 12-84455
      LOMAS, KATHLEEN M § 
  § 
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $ 12,500.00

*and approved disbursements of*      $ 0.00

*leaving a balance on hand of* [1]      $ 12,500.00

**Balance on hand:**      **$** 12,500.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Flagstar Bank | 167,834.40 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    **$** 0.00
Remaining balance:    **$** 12,500.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,000.00 | 0.00 | 2,000.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 144.74 | 0.00 | 144.74 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 3,829.50 | 0.00 | 3,829.50 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:    **$** 6,267.24
Remaining balance:    **$** 6,232.76

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00

Remaining balance:   $        6,232.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00

Remaining balance:   $        6,232.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,032.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 0.00 | 0.00 | 0.00 |
| 1 -2 | JPMorgan Chase Bank, N.A. | 6,734.52 | 0.00 | 3,804.48 |
| 3 | American InfoSource LP as agent for | 254.85 | 0.00 | 143.97 |
| 4 | Portfolio Investments II LLC | 2,490.11 | 0.00 | 1,406.72 |
| 5 | Portfolio Investments II LLC | 1,553.46 | 0.00 | 877.59 |

Total to be paid for timely general unsecured claims:   $        6,232.76

Remaining balance:   $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 12-84455-TML
Samuel C Lomas                                                                Chapter 7
Kathleen M Lomas
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0752-3         User: dpruitt         Page 1 of 2         Date Rcvd: Oct 24, 2013
                             Form ID: pdf006       Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2013.
db/jdb       +Samuel C Lomas,   Kathleen M Lomas,   13247 Foxglove Lane,   Winnebago, IL 61088-9012
20279484     +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
19747600     +Aspen Dental,   Box 1578,   Albany, NY 12201-1578
19747601     +Awa Collections,   Po Box 6605,   Orange, CA 92863-6605
19747602     +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
19747604     +Cbe Group,   1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
19747605     +Chase,   Attn: Bankruptcy Dept,   Po Box 15298,   Wilmington, DE 19850-5298
19747607     +City of Rockford,   Payment Center,   Box 1221,   Rockford, IL 61105-1221
19747610    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,   1 Dell Way,   Round Rock, TX 78682)
19868311   +++Flagstar Bank, FSB,,   c/o Caleb Halberg,   223 W Jackson Blvd., Ste 610,
               Chicago, IL 60606-6911
19747615     +Gibson & Sharps,   9390 Bunsen Parkway,   Louisville, KY 40220-3789
19747618     +Mortgage Service Cente,   Attn: Bankruptcy Dept,   Po Box 5452,   Mt Laurel, NJ 08054-5452
19747619     +North Shore Agency,   Box 360252,   Des Moines, IA 50336-0252
19747620     +OSF Medical Center,   7125 Solution Center,   Chicago, IL 60677-7001
19747621     +Potestivo & Associates,   223 W. JAckson Blvd  Suite 610,   Chicago, IL 60606-6911
19747622     +Recieable Performance,   20816 44th Ave,   Lynnwood, WA 98036-7744
19747623     +Rockford Orthopedic,   Box 5247,   Rockford, IL 61125-0247
19747624     +Sprint,   Box 660075,   Dallas, TX 75266-0075
19747625     +Swedish American Hospital,   Box 1567,   Rockford, IL 61110-0067
19747626     +Target Credit Card (TC),   C/O Financial & Retail Services,   Mailstop BT  P.O. Box 9475,
               Minneapolis, MN 55440-9475
19747627     +Wells Fargo Dealer Srvs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569
19747628      Wffnb Retail,   Cscl Dispute Team,   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19747606     +E-mail/Text: bk.notifications@jpmchase.com Oct 25 2013 00:45:06     Chase Auto,
               Attn: National Bankruptcy Dept,   201 N Central Ave  Az1-1191,   Phoenix, AZ 85004-1071
19747608     +E-mail/Text: legalcollections@comed.com Oct 25 2013 00:46:48     ComEd,   Box 6111,
               Carol Stream, IL 60197-6111
19747609     +E-mail/Text: aquist@creditorsprotection.com Oct 25 2013 00:46:52     Creditors Protection Service,
               202 W. State St  Suite 300,   Rockford, IL 61101-1163
19747611     +E-mail/Text: bankruptcysupport@flagstar.com Oct 25 2013 00:46:49     Flagstar Bank,
               Attn: Bankruptcy Dept,   5151 Corporate Dr,   Troy, MI 48098-2639
19747612     +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2013 00:51:05     Gecrb/blains Farm&flee,
               950 Forrer Blvd,   Kettering, OH 45420-1469
19747613     +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2013 00:51:05     Gemb/care Credit,
               Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19747614     +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2013 00:50:24     Gemb/walmart,   Attn: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
19747616     +E-mail/Text: bk@gafco.net Oct 25 2013 00:45:33     Great American Finance,
               20 N Wacker Dr. Suite 2275,   Chicago, IL 60606-1294
20031593      E-mail/Text: bk.notifications@jpmchase.com Oct 25 2013 00:45:06     JPMorgan Chase Bank, N.A.,
               C/O Mary Lautenbach,   POB 29505 AZ1-1191,   Phoenix, AZ 85038-9505
20295901      E-mail/PDF: rmscedi@recoverycorp.com Oct 25 2013 00:50:32     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                            TOTAL: 10


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19747617      Metabnk/fhut
19747603*    +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                         TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-3        User: dpruitt         Page 2 of 2          Date Rcvd: Oct 24, 2013
                           Form ID: pdf006        Total Noticed: 32
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
          Brian R Zeeck    on behalf of Counter-Claimant   Flagstar Bank, FSB bzeeck@hinshawlaw.com
          Brian R Zeeck    on behalf of Defendant    Flagstar Bank, FSB bzeeck@hinshawlaw.com
          Caleb  Halberg    on behalf of Creditor    Flagstar Bank, FSB chalberg@potestivolaw.com,
           bknotices@potestivolaw.com
          Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Jason  Kunowski    on behalf of Joint Debtor Kathleen M Lomas rockford@jordanpratt.com
          Jason  Kunowski    on behalf of Debtor Samuel C Lomas rockford@jordanpratt.com
          Jessica S Naples    on behalf of Creditor   PHH Mortgage Coporation ND-Two@il.cslegal.com
          Joseph D Olsen    on behalf of Plaintiff Joseph D Olsen jolsenlaw@aol.com
          Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Kenneth A VanNorwick    on behalf of Defendant    Flagstar Bank, FSB kvannorwick@potestivolaw.com,
           bknotices-edm@potestivolaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                     TOTAL: 13
```