**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LOMAS, SAMUEL C § Case No. 12-84455
     LOMAS, KATHLEEN M §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $202,585.00            Assets Exempt: $4,650.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,232.76    Claims Discharged
                                              Without Payment: $22,977.18

Total Expenses of Administration: $6,267.24

---

   3) Total gross receipts of $ 12,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $194,805.00 | $167,834.40 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,267.24 | 6,267.24 | 6,267.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,090.00 | 17,767.46 | 11,032.94 | 6,232.76 |
| **TOTAL DISBURSEMENTS** | $216,895.00 | $191,869.10 | $17,300.18 | $12,500.00 |

4) This case was originally filed under Chapter 7 on November 29, 2012. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2014            By: /s/JOSEPH D. OLSEN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable Transfer - 13247 Foxglove Ln. | 1110-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Flagstar Bank | 4110-000 | 152,666.00 | 167,834.40 | 0.00 | 0.00 |
| NOTFILED | Mortgage Service Cente | 4110-000 | 42,139.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Dealer Srvs | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$194,805.00** | **$167,834.40** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 144.74 | 144.74 | 144.74 |
| United States Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 3,829.50 | 3,829.50 | 3,829.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,267.24 | $6,267.24 | $6,267.24 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 6,734.52 | 0.00 | 0.00 |
| 1 -2 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 6,734.52 | 6,734.52 | 3,804.48 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 254.85 | 254.85 | 143.97 |
| 4 | Portfolio Investments II LLC | 7100-000 | 2,395.00 | 2,490.11 | 2,490.11 | 1,406.72 |
| 5 | Portfolio Investments II LLC | 7100-000 | 1,518.00 | 1,553.46 | 1,553.46 | 877.59 |
| NOTFILED | ComEd | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Gibson & Sharps | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Great American Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Orthopedic | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Center | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford Payment Center | 7100-000 | 100.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 842.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Dental | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Awa Collections | 7100-000 | 5,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbe Group | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $22,090.00 | $17,767.46 | $11,032.94 | $6,232.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-84455  
**Case Name:** LOMAS, SAMUEL C  
LOMAS, KATHLEEN M  
**Period Ending:** 03/14/14

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/29/12 (f)  
**§341(a) Meeting Date:** 01/03/13  
**Claims Bar Date:** 04/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 13247 Foxglove Lane, Winnebago, IL 61088 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2316 S. 6th Street, Rockford, IL 61104 | 40,635.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Members Alliance | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7 | employer provided term life policy - no cash val | 0.00 | 0.00 | | 0.00 | FA |
| 8 | pension w/ Union | Unknown | 0.00 | | 0.00 | FA |
| 9 | 2003 Chevrolet Cavalier | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 Chevrolet HHR | 9,800.00 | 0.00 | | 0.00 | FA |
| 11 | Insurance check | 7,500.00 | 3,250.00 | | 0.00 | FA |
| 12 | Avoidable Transfer - 13247 Foxglove Ln. | 140,000.00 | 110,000.00 | | 12,500.00 | FA |
| 12 | **Assets** Totals (Excluding unknown values) | **$342,585.00** | **$113,250.00** | | **$12,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    October 24, 2013  (Actual)

Printed: 03/14/2014 08:19 AM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-84455  
**Case Name:** LOMAS, SAMUEL C  
LOMAS, KATHLEEN M  
**Taxpayer ID #:** **-***9825  
**Period Ending:** 03/14/14

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****765366 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/13 | {12} | Maxum | settlement check re: Flagstar Bank | 1110-000 | 12,500.00 | | 12,500.00 |
| 11/19/13 | 101 | United States Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 12,207.00 |
| 11/19/13 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,829.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,829.50 | 8,377.50 |
| 11/19/13 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,000.00, Trustee Compensation; Reference: | 2100-000 | | 2,000.00 | 6,377.50 |
| 11/19/13 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $144.74, Trustee Expenses; Reference: | 2200-000 | | 144.74 | 6,232.76 |
| 11/19/13 | 105 | JPMorgan Chase Bank, N.A. | Dividend paid 56.49% on $6,734.52; Claim# 1-2; Filed: $6,734.52; Reference: | 7100-000 | | 3,804.48 | 2,428.28 |
| 11/19/13 | 106 | American InfoSource LP as agent for | Dividend paid 56.49% on $254.85; Claim# 3; Filed: $254.85; Reference: | 7100-000 | | 143.97 | 2,284.31 |
| 11/19/13 | 107 | Portfolio Investments II LLC | Combined Check for Claims#4,5 | | | 2,284.31 | 0.00 |
| | | | Dividend paid 56.49%    1,406.72<br>on $2,490.11; Claim# 4;<br>Filed: $2,490.11 | 7100-000 | | | 0.00 |
| | | | Dividend paid 56.49%    877.59<br>on $1,553.46; Claim# 5;<br>Filed: $1,553.46 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 12,500.00 | 12,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 12,500.00 | 12,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,500.00** | **$12,500.00** | |

Net Receipts :   12,500.00  
─────────────  
Net Estate :   $12,500.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****765366 | 12,500.00 | 12,500.00 | 0.00 |
| | $12,500.00 | $12,500.00 | $0.00 |

{} Asset reference(s)    Printed: 03/14/2014 08:19 AM    V.13.14